Granted.
/s/ *Benita Y. Pearson* on 7/23/2026
United States District Judge

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN DOE | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | CASE NO.: |
| v. | ) | |
| | ) | |
| UNITED STATES PATENT AND | ) | JUDGE: |
| TRADEMARK OFFICE, *et al.* | ) | |

### MOTION TO PERMIT PLAINTIFF TO PROCEED UNDER PSEUDONYM

Plaintiff John Doe ("Doe"), by and through undersigned counsel, respectfully moves this Honorable Court for an order permitting Plaintiff to proceed in this action pseudonymously under the authority of *Doe v. Porter*, 370 F.3d 558 (6th Cir. 2004). A Memorandum in Support of this Motion is attached hereto and incorporated by reference herein.

Dated: July 23, 2026

Respectfully submitted,

/s/ *Daniel J. Rudary*

Daniel J. Rudary (0090482)
**BRENNAN, MANNA & DIAMOND, LLC**
75 E. Market Street
Akron, OH  44308
Telephone:     (330) 253-5060
Facsimile:     (330) 253-1977
E-mail:          djrudary@bmdllc.com

Michael E. McCabe, Jr.
(Pro Hac Vice Motion Pending)
**MCCABE ALI LLP**
9233 Fall River Lane
Potomac, Maryland 20854
Telephone:     301.798.1110
Facsimile:     310.828.8181
Email:          mike@mccabeali.com

*Counsel for Plaintiff John Doe*