PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | CASE NO.  4:26CV1715 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| UNITED STATES PATENT AND | ) | |
| TRADEMARK OFFICE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |

TAKE NOTICE that Plaintiff John Doe's Motion for Preliminary Injunction ("motion") (ECF No. 10) shall come on for hearing on September 2, 2026, at 10:30 a.m. EDT before the undersigned in Courtroom 351, Thomas D. Lambros United States Court House, 125 Market Street, Youngstown, Ohio.  The parties are permitted to engage in limited expedited discovery related to the motion, if necessary.  The hearing is limited to forty-five (45) minutes in duration. Each side shall be prepared to voice its position in no more than 15 minutes each.  Additional time is allowed to respond to the Court's questions.  Counsel should not expect to argue beyond their allotted time.

Defendants United States Patent and Trademark Office, Kimberly C. Kelleher, and John A. Squires shall serve and file a memorandum in opposition to the motion on or before August 11, 2026, at 4:00 p.m. EDT.

Plaintiff shall serve and file a reply memorandum, if any, on or before August 18, 2026, at 4:00 p.m. EDT.

(4:26CV1715)

The parties shall attach to their respective memoranda any exhibits they intend to rely upon at the hearing.

Lead counsel of record shall confer with one another in order to prepare written stipulations as to all uncontested facts to be presented at the hearing on the motion. Said stipulations shall be filed no later than August 20, 2026, at 4:00 p.m. EDT.

Counsel for Plaintiff shall immediately serve a copy of the within Order upon Defendants or their counsel and file a proof of service.


IT IS SO ORDERED.


___July 29, 2026___                                    _/s/ Benita Y. Pearson_____
Date                                                          Benita Y. Pearson
                                                                 United States District Judge


s

2